IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *
                                    *
AMR ELRAHIMY                        *    Case No. 23-11097
                                    *    Chapter 13
        Debtor                      *
                                    *
*************************************************************************

**WITHDRAWAL OF MOTION**
**TO CONVERT CASE TO A CASE UNDER CHAPTER 13**

CLERK:

Please withdraw Docket Entry #18 Motion to Convert Case to a Case Under Chapter 13. Debtor is withdrawing the request to convert.

Dated: August 14, 2023

                                      Respectfully Submitted,

                                      /s/ Kevin K. Shipe
                                      Kevin K. Shipe
                                      The Law Office of Shipe & Bush, P.C.
                                      3528 Worthington Blvd, #101
                                      Frederick, MD 21704
                                      (301) 874-9030
                                      Email: kshipe@shipebushlaw.com
                                      Bar ID # 17437
                                      *Attorney for Debtor*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 14th day of August, 2023 a copy of the foregoing Withdrawal of Motion by Debtor to Convert Case to a Case Under Chapter 13 was sent electronically via CM/ECF to:

- **Justin Philip Fasano** jfasano@mhlawyers.com,
- **Steven H Greenfeld** trusteegreen@cohenbaldinger.com
- **Thomas Jonathan Kokolis** tkokolis@pskfirm.com
- **Michael A. Ostroff** mostroff@monterolawgroup.com
- **L. Jeanette Rice** Jeanette.Rice@usdoj.gov
- **Lisa Yonka Stevens** lisa.y.stevens@usdoj.gov

          /s/ Kevin K. Shipe
          Kevin K. Shipe, Esquire