## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

Amr Elrahimy,

     Debtor.

Case No. 23-11097
Ch. 7

• • • • • • • • • • • • • • • • • • • • • • • • • • • •     • • • • • • • • • • • • • • • • • • • • • •

### Notice of Appearance and Request for Electronic Notice
### and Notice of Withdrawal of Appearance

PLEASE TAKE NOTICE that undersigned counsel hereby enters an appearance on behalf of creditor **Consumer Protection Division, Office of the Attorney General of Maryland** and requests that below-listed counsel be added to the mailing matrix in this case and Court's CM/ECF System such that all notices and papers may be served upon undersigned counsel.

The appearance of Philip D. Ziperman, pziperman@oag.state.md.us, is respectfully withdrawn.

Respectfully Submitted,

ANTHONY BROWN
ATTORNEY GENERAL OF MARYLAND

_/s/ *Parker J. Schnell*_____
By: Parker J. Schnell
Assistant Attorney General
Office of the Attorney General
Consumer Protection Division
200 St. Paul Place, 25th Floor
Baltimore, MD 21202
(410) 576-6987
pschnell@oag.state.md.us
Bar No. 30788