

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** <br><br> **AMR ELRAHIMY,** <br><br> Debtor. | Case No. 23-11097-LSS <br> (Chapter 7) |

## ORDER AUTHORIZING RULE 2004 EXAMINATION OF DEBTOR

Upon consideration of the Motion for Rule 2004 Examination of the Debtor (the "Motion"), filed by Gerard R. Vetter, Acting United States Trustee for Region 4 ("United States Trustee"), and for good cause shown, it is, by the United States Bankruptcy Court for the District of Maryland:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Debtor be, and hereby is, ordered, upon ten (10) days' notice, to appear at the offices of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, Maryland 20770, or such other place and at such time as the Debtor, the United States Trustee, and their respective counsel may mutually agree, to testify with regard to the overall financial condition of the Debtor, possible transfers between the Debtor and his related businesses, and any other matters that may affect the administration of the case; and it is further

ORDERED, that within fourteen (14) days from the entry of the Order, the Debtor be, and hereby is, required to deliver to counsel for the United States Trustee, the documents listed on Exhibit 4 to the Motion.

cc:
Michael G. Campbell     mgcampbell@mmcanby.com
Justin Philip Fasano     jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Steven H Greenfeld     trusteegreen@cohenbaldinger.com, sgreenfeld@ecf.axosfs.com
Thomas Jonathan Kokolis     tkokolis@pskfirm.com
Alexander McDonald Laughlin     alex.laughlin@ofplaw.com,
marse.hammond@ofplaw.com;brad.jones@ofplaw.com;brad.jones2020@ecf.pacerpro.com
Jeffrey M. Orenstein     jorenstein@wolawgroup.com
Michael A. Ostroff     mostroff@monterolawgroup.com,
mmontero@monterolawgroup.com;jwikram@monterolawgroup.com;jrodriguez@monterolawgroup.com;mostroffmlg@yahoo.com;ostroffmr93284@notify.bestcase.com;dmedina@monterolawgroup.com;smilian@monterolawgroup.com
L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Parker Schnell     pschnell@oag.state.md.us
Kevin K. Shipe     bk@shipebushlaw.com,
shannon@shipebushlaw.com;ShipeBush@jubileebk.net
US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
Philip D. Ziperman     pziperman@oag.state.md.us

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**END OF ORDER**

2