**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **Amr Elrahimy,** ) | **Case No. 23-11097** |
| ) | **Chapter 7** |
| **Debtor.** ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), Jason S. Ordene and the law firm of Bregman, Berbert, Schwartz, & Gilday, LLC hereby enter their appearance as counsel to AM Twinbrook, LLC ("Twinbrook"), a creditor of the Debtor.

Such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon him at the following address:

> Jason S. Ordene, Esq.
> 7315 Wisconsin Avenue,
> Suite 800 West
> Bethesda, MD  20814
> Telephone: (301) 656-2707
> Facsimile: (301) 961-6525
> Email: JOrdene@bregmanlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

1

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies, claims, and interests of Twinbrook against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of the rights of Twinbrook to (1) have final orders in noncore matters entered only after de novo review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, recoupments, or interests to which Twinbrook is or may be entitled, in law or in equity, all of which rights Twinbrook expressly reserves.

Respectfully submitted,

BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC

By:   /s/ Jason S. Ordene_____
Jason S. Ordene – Bar No. 19267
7315 Wisconsin Avenue, Suite 800 West
Bethesda, MD  20814
(301) 656-2707 – Telephone
(301) 961-6525 – Facsimile
JOrdene@bregmanlaw.com
*Counsel to AM Twinbrook, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2023, I caused a copy of the foregoing Notice of Appearance and Request for Service of Notices and Documents to be served, via the Court's CM/ECF system on all registered ECF participants who have appeared in this case.

              /s/ Jason S. Ordene_____
              Jason S. Ordene