IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at <u>GREENBELT DIVISION</u>

| | | |
|---|---|---|
| **IN RE:** | * | |
| AMR ELRAHIMY | * | Case No. 23-11097-LSS |
| AKA: OMAR ELRAHIMY | | Chapter 7 |
| | * | |
| Debtor | | |
| | * | |
| ------------------------------ | | |
| ALLY BANK | * | |
| Movant | * | |
| vs. | * | |
| AMR ELRAHIMY | * | |
| and | * | |
| STEVEN H GREENFELD | * | |
| Respondent(s) | * | |

<u>NOTICE OF MOTION FOR RELIEF FROM STAY
AND HEARING THEREON</u>

Ally Bank has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to repossess and sell one 2017 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6, serial number 1C6RR7FG7HS522738. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by October 26, 2023, with three additional calendar days allowed if all parties are not served electronically, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

Michael J. Klima, Jr.
#25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
Attorney for Movant

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

The hearing is scheduled for 11/13/2023 at 2:00 P.M. in Courtroom 3-D, United States Bankruptcy Court, located 6500 Cherrywood Ln Greenbelt, MD 20770.

If you or your lawyer do not take these steps by the deadline, the Court may decide that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

Respectfully submitted:
*/s/ Michael J. Klima, Jr.*
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Ally Bank

**CERTIFICATION OF SERVICE**

I hereby certify that on the 12th day of October, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Motion for Relief from Stay And Hearing Thereon will be served electronically by the Court's CM/ECF system on the Following:

Steven H Greenfeld, Chapter 7 Trustee
Jeffrey M. Orenstein, Attorney for Debtor

I hereby further certify that on the 12th day of October, 2023, a copy of the Notice of Motion for Relief from Stay and Hearing Thereon was also mailed first class mail, postage prepaid to:

Amr Elrahimy
PO Box 1260
Clarksburg, MD 20871

Jeffrey M. Orenstein
15245 Shady Grove Road, Suite 465, North Lobby
Rockville, MD 20850

Steven H Greenfeld
325 Ellington Boulevard, Box 610
Gaithersburg, MD 20878

US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
USTPRegion04.GB.ECF@USDOJ.GOV

pursuant to F.R.Bankr.P. 7004.

*/s/ Michael J. Klima, Jr.*
MICHAEL J. KLIMA, JR. #25562
8028 Ritchie Highway, Ste. 300
Pasadena, MD 21122
(410) 768-2280
JKlima@KPDLawgroup.com
Attorney for Ally Bank