Entered: October 17th, 2023
Signed: October 16th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: | * |
| AMR ELRAHIMY | * Case No. 23-11097-LSS |
| | (Chapter 7) |
| Debtor | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER STRIKING APPEARANCE OF
JEFFREY M. ORENSTEIN AND WOLFF & ORENSTEIN, LLC</u>

The Court has reviewed and considered Jeffrey M. Orenstein's and Wolff & Orenstein, LLC's ("Counsel") Motion to Withdraw As Counsel for Amr ElRahimy (the "Motion"). The Court having reviewed this matter fully, having determined that the Debtor has other counsel in this bankruptcy case, that Counsel has nonetheless complied with the provisions of Local Rule 9010-4(a)(2), and that cause exists to grant the relief requested, it is this day by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Counsel's appearance on behalf of Amr ElRahimy in this bankruptcy case be, and hereby is STRICKEN.

cc:

Mr. Amr ElRahimy
25367 Lynwood Farm Court
Clarksburg, MD 20871

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850

Kevin K. Shipe, Esq.
The Law Offices of Shipe & Bush, P.C.
3528 Worthington Blvd.
Suite 101
Urbana, MD 21704

Steven H. Greenfeld, Trustee
325 Ellington Boulevard
Box 610
Gaithersburg, MD  20878

Justin P. Fasano, Esq.
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770

Lisa Yonka Stevens
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

**END OF ORDER**