IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**AMR ELRAHIMY,**<br><br>Debtor | Case No. 23-11097-LSS<br>(Chapter 7) |

## NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on October 24, 2023, a copy of the Notice of Rule 2004 Examination of Debtor was sent electronically and mailed first class, postage prepaid to:

>Kevin K. Shipe, Esq.
>The Law Offices of Shipe & Bush, P.C.
>3528 Worthington Blvd., Suite101
>Urbana, Maryland 21704
>kshipe@shipbushlaw.com

Dated: October 24, 2023

**GERARD R. VETTER**
Acting United States Trustee, Region Four

By Counsel:

*/s/ Lisa Yonka Stevens*
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov