IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At GREENBELT

| | |
|---|---|
| IN RE: * | |
| Amr Elrahimy * <br> Aka: Omar Elrahimy | |
| * | |
| *Debtor* | Case Number: 23-11097-LSS |
| * | Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Ally Bank | |
| *Movant* * | |
| v. | |
| * | |
| Amr Elrahimy | |
| *Debtor/Respondent* * | |
| And * | |
| Steven H. Greenfeld * | |
| *Trustee/Respondent* | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, the Debtor/Respondent Amr Elrahimy by Kevin K. Shipe, Esquire, Debtor's Attorney, and in opposition to the motion of Movant for relief from the Automatic Stay on the vehicle identified as 2017 Dodge Ram 1500 Quad Cab Express 4WD 3.6L V6, VIN # 1C6RR7FG7HS522738 ("Ram"), states:

1. Debtor acknowledges an arrearage in his payments to Movant

2. Debtor avers that he intends to pay all arrears to Movant by November 12, 2023 and bring the loan current.

3. Debtor further avers that he will provide Movant with proof of insurance.

1

4.  THEREFORE, the Debtor/Respondent prays that Movant's Motion be DENIED and for such other and further relief as the Court deems proper in this case.

Respectfully submitted,

Dated: October 26, 2023

/s/ Kevin K. Shipe
Kevin K. Shipe
The Law Office of Shipe & Bush, P.C.
3528 Worthington Blvd, #101
Urbana, MD 21704
(301) 874-9030
Email: kshipe@shipebushlaw.com
*Attorney for Debtor/Respondent*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2023, a copy of the foregoing Opposition to Motion for Relief from Automatic Stay was served electronically via CM/ECF to the following:

Michael J. Klima, Esq. at JKlima@KPDLawgroup.com
*Attorney for Movant*
and
Steven H. Greenfeld at trusteegreen@cohenbaldinger.com; sgreenfeld@ecf.axosfs.com
*Chapter 7 Trustee*

/s/Kevin K. Shipe
Kevin K. Shipe