Entered: November 15th, 2023
Signed: November 14th, 2023

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| AMR ELRAHIMY<br>AKA: OMAR ELRAHIMY | * | Case No.: 23-11097-LSS<br>Chapter 7 |
| | * | |
| Debtor | * | |
| *   *   *   *   *   *   * | * | |
| ALLY BANK | * | |
| Movant | * | |
| vs. | * | |
| AMR ELRAHIMY | * | |
| and | * | |
| STEVEN H GREENFELD | * | |
| Respondent(s) | * | |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by the Movant, Ally Bank; and no opposition thereto having been filed by the Amr Elrahimy, it is, by the United States Bankruptcy Court for the District of Maryland,

1

ORDERED, that the automatic stay be, and it hereby is, terminated to allow Movant exercise and enforce its state law and contractual rights and remedies with regard to the vehicle subject to its purchase money security interest, namely, one 2017 Ram Ram 1500 Quad Cab Express 4WD 3.6L V6, serial number 1C6RR7FG7HS522738; and it is further

ORDERED, that upon recovery of said vehicle by Movant, it shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent.

cc:	Michael J. Klima, Jr.
#25562
8028 Ritchie Highway, Ste. 300,
Pasadena, MD 21122
Telephone: (410) 768-2280
Fax: (410) 553-9491
JKlima@KPDLawgroup.com

Amr Elrahimy
PO Box 1260
Clarksburg, MD 20871

Jeffrey M. Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465, North Lobby
Rockville, MD 20850
jorenstein@wolawgroup.com

Steven H Greenfeld
325 Ellington Boulevard, Box 610
Gaithersburg, MD 20878
trusteegreen@cohenbaldinger.com

US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
USTPRegion04.GB.ECF@USDOJ.GOV

**End of Order**