IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                              *
                                    *
AMR ELRAHIMY                        *   Case No. 23-11097-LSS
                                    *   Chapter 7
        Debtor                      *
                                    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OPPOSITION TO MOTION TO COMPEL
## DEBTOR TO FILE AND SERVE 2022 TAX RETURN

Amr Elrahimy, Debtor, by and through undersigned counsel, hereby opposes the United States Trustee for Region 4 ("US Trustee") Motion to Compel Debtor to File and Serve 2022 Tax Return and for reason thereto states as follows:

(1)  The US Trustee seeks to compel the Debtor, Amr Elrahimy, to file his personal 2022 Federal income tax return within ten (10) days of the date of entry of an Order by this Honorable Court granting the Motion to Compel.

(2)  To date, Debtor has provided the US Trustee with hundreds of pages of documents related to both his personal affairs and those of his various entities including Optimum Construction, Inc.

(3)  Furthermore, Debtor has voluntarily met informally with the counsel for the US Trustee and openly answered questions to the best of his ability.

(4)  The US Trustee has requested a 2004 Examination, which Debtor did not oppose, and said examination has been scheduled.

(5)  Additionally, Debtor has consented multiple times to the US Trustee's Motion to Extend Time to Object to Discharge.

(6) Debtor has been cooperative with US Trustee throughout the process and provided documentation to the best of his ability. Debtor through counsel has remained in continuous contact with counsel for the US Trustee as is evident by the emails attached to the US Trustee's various Motions. Regardless, the US Trustee has filed a Motion to Compel for the Debtor to produce documents which the US Trustee knows he cannot produce at this time.

(7) Through its Motion, the US Trustee is essentially seeking to have this Honorable Court order Debtor to commit perjury by having Debtor sign and file an incomplete and/or incorrect personal tax return.

(8) IRS Form 1040 which is used for personal tax returns states above the signature line that:

> *Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete.*

(9) Debtor is the sole shareholder of various entities most notably Optimum Construction, Inc. ("Optimum Construction") which has also filed a Chapter 7 bankruptcy (case 23-11027).

(10) Debtor cannot complete his individual tax return until K-1s are issued from the entities in which he is a shareholder. Again, most notably, Optimum Construction.

(11) Optimum Construction ceased operating, and all employees were terminated in January 2023. Shortly thereafter, Optimum Construction filed bankruptcy.

(12) Up until the time it ceased operations, Optimum Construction employed an administrative staff including a bookkeeper who was charged with accurately keeping track of all income and expenses. Optimum Construction also employed an outside accounting firm, Xpert Tax, Inc, to prepare and file its tax returns each year.

(13) After Optimum Construction ceased operations, Debtor did not have the personal resources to pay a third-party accounting firm to prepare taxes for the entity of Optimum Construction. Debtor also does not possess the ability to prepare the taxes himself.

(14) It was not until this fall that Debtor was able to pay the retainer to re-engage the accounting firm to prepare taxes for Optimum Construction.

(15) Fadi Saleh is the director of accounting for Xpert Tax, Inc. Initially, Mr. Saleh estimated that it would take several weeks to prepare the tax returns for Optimum Construction with multiple persons working on it.

(16) However, due to numerous errors and omissions in the accounting by Optimum Construction's bookkeeper, it has been determined that the 2022 accounting has to be reconstructed to be accurate. Mr. Saleh now estimates that it will take until January 2024 to have the Optimum Construction tax returns prepared. *See US Trustee's Exhibit 4.*

(17) The US Trustee incorrectly implies in its Motion that the need to reconstruct the accounting is due to nefarious motives. Such an implication is improper as it not only questions the integrity of the Debtor but that of the accounting firm as well.

(18) In fact, the opposite is true. The accounting firm insists that the only way to accurately prepare the taxes for Optimum Construction is to reconstruct the accounting for 2022.

(19) Once the tax returns for Optimum Construction are finalized it will take a short time thereafter for Debtor to have his personal return prepared and ready to file.

(20) The US Trustee has no standing to seek an Order from this Honorable Court to compel the Debtor to file a tax return before such is ready to be filed. The US Trustee cites 11 U.S.C. §521(f) as authority for its request that Debtor be compelled to file his tax return. However, §521(f) only requires a Debtor in Chapter 7 to file with the Court, if requested, his tax

return *at the time it is filed with the taxing authority*. §521(f) does not require Debtor to file his tax return at a time demanded by the US Trustee or any other party in interest.

(21)   Neither Debtor nor the accounting firm should be compelled to sign off and file incorrect and inaccurate tax returns. Until the returns are prepared accurately, Debtor cannot "under penalties of perjury" state that they are "true, correct, and complete."

(22)   Once the his tax returns are accurately prepared, Debtor avers that he will provide such to the US Trustee and, if requested, file the same with the Court pursuant to §521(f).

WHEREFORE, Debtor respectfully requests that the United States Trustee's Motion to Compel Debtor to File and Serve 2022 Tax Return be **DENIED**.

Respectfully Submitted,

/s/Kevin K. Shipe
Kevin K. Shipe, Bar #17437
Attorney for the Debtor
3528 Worthington Blvd. #101
Frederick, MD 21704
(301) 874-9030
kshipe@shipebushlaw.com

### REQUEST FOR HEARING

Debtor, Amr Elrahimy, hereby requests a hearing on the relief requested in the Motion.

/s/Kevin K. Shipe

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 29th day of November, 2023 a copy of the foregoing Opposition to Motion to Compel Debtor to File and Serve 2022 Tax Return was sent electronically via CM/ECF to:

- **Justin Philip Fasano**   jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- **Steven H Greenfeld**   trusteegreen@cohenbaldinger.com, sgreenfeld@ecf.axosfs.com
- **Thomas Jonathan Kokolis**   tkokolis@pskfirm.com
- **Michael A. Ostroff**   mostroff@monterolawgroup.com, mmontero@monterolawgroup.com;jwikram@monterolawgroup.com;jrodriguez@monterolawgroup.com;mostroffmlg@yahoo.com;ostroffmr93284@notify.bestcase.com;dmedina@monterolawgroup.com
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Lisa Yonka Stevens**   lisa.y.stevens@usdoj.gov
- **Michael G. Campbell** mgcampbell@mmcanby.com
- **Michael J. Klima** bankruptcy@peroutkalaw.com
- **Thomas Jonathan Kokolis** tkokolis@pskfirm.com
- **Alexander McDonald Laughlin** alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com;brad.jones@ofplaw.com; brad.jones2020@ecf.pacerpro.com
- **Jason S. Ordene** jordene@bregmanlaw.com, mgomes@wtplaw.com
- **Parker Schnell** pschnell@oag.state.md.us
- **US Trustee** - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- **Philip D. Ziperman** pziperman@oag.state.md.us

and by first-class U.S. Mail, postage pre-paid, to:

    Ally Bank, c/o AIS Portfolio Services, LLC
    4515 N Santa Fe Ave. Dept. APS
    Oklahoma City, OK 73118

    American Express National Bank
    c/o Becket and Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

    Eileen D. Webster-Cissel
    24704 Tandem Drive
    Damascus, MD 20872

                                                        /s/ Kevin K. Shipe
                                                       Kevin K. Shipe