# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **23–11097 – LSS**    Chapter: **7**

**Amr Elrahimy**
Debtor

## NOTICE OF HEARING

PLEASE TAKE NOTICE that an IN PERSON hearing will be held

on 2/5/24 at 10:00 AM
in Courtroom 3–D, Greenbelt

to consider and act upon the following:

132 – Motion to Compel Debtor for File and Serve 2022 Tax Return Filed by US Trustee – Greenbelt 11. (Attachments: # 1 Proposed Order # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5) (Stevens, Lisa)

135 – Opposition on behalf of Amr Elrahimy Filed by Kevin K. Shipe (related document(s)132 Motion to Compel filed by U.S. Trustee US Trustee – Greenbelt). (Shipe, Kevin)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 12/18/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Christopher Adams
410–962–4215

Form ntchrgmdb (rev. 06/08/2020)