Entered: December 21st, 2023
Signed: December 20th, 2023

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**AMR ELRAHIMY,**<br><br>Debtor. | Case No. 23-11097-LSS<br>(Chapter 7) |

**STIPULATION AND CONSENT ORDER REGARDING 2022 TAX RETURNS**

Gerard R. Vetter, Acting United States Trustee for Region 4 ("United States Trustee") and Amr Elrahimy ("Debtor"), by counsel, hereby enter into this Stipulation and Consent Order:

WHEREAS, on September 19, 2023, the United States Trustee filed a Motion for Rule 2004 Examination of Debtor [Dkt. No. 107] seeking, *inter alia*, a copy of the Debtor's and Optimum Construction, Inc.'s 2022 Federal income tax returns (collectively, "2022 Tax Returns");

WHEREAS, the motion was unopposed, and the Court entered the Order Authorizing Rule 2004 Examination of the Debtor on October 10, 2023 [Dkt. No. 113];

WHEREAS, the Debtor failed to provide copies of the 2022 Tax Returns pursuant to the Order Authorizing Rule 2004 Examination;

WHEREAS, on November 22, 2023, the United States Trustee filed a Motion to Compel Debtor to File and Serve 2022 Tax Return ("Motion to Compel") [Dkt. No. 132];

WHEREAS, on November 29, 2023, the Debtor opposed the Motion to Compel [Dkt. No. 135];

WHEREAS, to date, the Debtor has failed to prepare or file the 2022 Tax Returns and asserts that he does not have the financial ability to prepare or file the 2022 Tax Returns;

WHEREAS, the United States Trustee asserts that the 2022 Tax Returns may contain key financial information that is critical to the United States Trustee's ability to pursue a discharge complaint against the Debtor pursuant to 11 U.S.C. § 727;

WHEREAS, the current deadline to file a discharge complaint is January 26, 2024 ("Discharge Deadline") [Dkt. No. 127]; and

WHEREAS, the parties have agreed that should the United States Trustee file a complaint to deny discharge of the Debtor by the Discharge Deadline or any extension thereto, the United States Trustee is permitted to freely amend the complaint as necessary should the Debtor subsequently prepare and file the 2022 Tax Returns to the extent that the amendment(s) is related to and/or results from the filed 2022 Tax Returns.

NOW, THEREFORE, it is stipulated and agreed by and between the parties, and it is hereby ORDERED, ADJUDGED and DECREED by this Court that:

1. The recitals set forth above form an integral and substantive part of this Stipulation and Consent Order and are incorporated herein.

2. Should the Debtor prepare and file the 2022 Tax Returns, the Debtor shall provide a copy of the 2022 Tax Returns to the United States Trustee, along with any documents used to prepare the 2022 Tax Returns within 5 business days thereafter.

3. Should the Debtor prepare and file the 2022 Tax Returns, the United States Trustee is permitted to freely amend any complaint filed pursuant to 11 U.S.C. § 727 with respect to the 2022 Tax Returns or information used to prepare them.

4. Should the United States Trustee seek to amend any complaint filed pursuant to 11 U.S.C. § 727, the Debtor waives his right (1) to oppose a motion to amend the complaint if such amendment is related to and/or results from the filed 2022 Tax Returns, (2) to assert any defense regarding the timing of amending the complaint to include a count(s) and/or allegation relating to the 2022 Tax Returns, and (3) to assert any defense or argument that the United States

Trustee slept on his rights or is barred by any form of estoppel or limitation in asserting any count and/or allegation relating to the 2022 Tax Returns.

      5.   Nothing herein shall be deemed a waiver of res judicata if a final ruling by this Court has been entered on the United States Trustee's complaint to deny discharge and the Debtor subsequently files the 2022 Tax Returns.

CONSENTED TO:

/s/ Lisa Yonka Stevens
Lisa Yonka Stevens, Bar No. 27728
Trial Attorney
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Lisa.Y.Stevens@usdoj.gov

Counsel to Gerard R. Vetter
Acting United States Trustee for Region 4

/s/ Kevin K. Shipe
Kevin K. Shipe, Bar No. 17437
3528 Worthington Blvd. #101
Frederick, MD 21704
(301) 874-9030
kshipe@shipebushlaw.com

Counsel to Amr Elrahimy and Optimum Construction Inc.

      I HEREBY CERTIFY that the terms of the copy of the Stipulation and Consent Order submitted to the Court are identical to those set forth in the original; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                                  /s/ Lisa Yonka Stevens
                                  Lisa Yonka Stevens

cc:
Michael G. Campbell    mgcampbell@mmcanby.com
Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Steven H Greenfeld    trusteegreen@cohenbaldinger.com, sgreenfeld@ecf.axosfs.com
Michael J. Klima    bankruptcy@peroutkalaw.com
Thomas Jonathan Kokolis    tkokolis@pskfirm.com
Alexander McDonald Laughlin    alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com;brad.jones@ofplaw.com;brad.jones2020@ecf.pacerpro.com
Jason S. Ordene    jordene@bregmanlaw.com, mgomes@wtplaw.com
Jeffrey M. Orenstein    jorenstein@wolawgroup.com
Michael A. Ostroff    mostroff@monterolawgroup.com, mmontero@monterolawgroup.com;jwikram@monterolawgroup.com;jrodriguez@monterolawgroup.com;mostroffmlg@yahoo.com;ostroffmr93284@notify.bestcase.com;dmedina@monterolawgroup.com

L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Parker Schnell     pschnell@oag.state.md.us
Kevin K. Shipe     bk@shipebushlaw.com, shannon@shipebushlaw.com;ShipeBush@jubileebk.net
Lisa Yonka Stevens     lisa.y.stevens@usdoj.gov
US Trustee - Greenbelt     USTPRegion04.GB.ECF@USDOJ.GOV
Philip D. Ziperman     pziperman@oag.state.md.us

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Eileen D. Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872

**END OF ORDER**