|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND** | |
| Name of Debtor(s) listed on the bankruptcy case<br><br>In re:<br><br>Amr Elrahimy | CASE NO: 23-11097<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☑ Debtor   ☐ Joint-Debtor   ☐ Creditor

2. **Old Address:**
   Name(s): Amr Elrahimy
   Mailing Address: PO Box 1260
   City, State, Zip Code: Clarksburg, MD 20871

3. **New Address:**
   Name(s): Amr Elrahimy
   Mailing Address: PO Box 745
   City, State, Zip Code: Clarksburg, MD 20871
   **Telephone Number(s):** 240-899-1021

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's account number _____

Date: 5/14/24

Amr Elrahimy
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018