# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| AMR ELRAHIMY | * | CASE NO.: 23-1-1097-LSS |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \*

SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL
2860 PATTON ROAD    \*
ROSEVILLE MN, 55113   \*

    Movant    \*

 v.    \*

AMR ELRAHIMY    \*
PO BOX 745    \*
CLARKSBURG, MARYLAND 20871
    \*
    and
    \*
    \*
STEVEN H. GREENFELD
325 ELLINGTON BLVD BOX 610    \*
GAITHERSBURG, MD 20878
    \*
    Respondents

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION SEEKING RELIEF FROM AUTOMATIC STAY
## AND TO RECLAIM PROPERTY
### 2020 Ram 2500

Santander Consumer USA Inc. dba Chrysler Capital, Movant, by Michael J. Klima, Jr., its attorney, files this

Motion Seeking Relief from Automatic Stay and to Reclaim Property and says:

1. This Court has jurisdiction of this action pursuant to 11 U.S.C. §362(d) and 28 U.S.C. §§157(b) and 1334.

2. This is a contested matter governed by Bankruptcy Rules 4001 and 9014 and Local Bankruptcy Rule 4001-1, and is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

3. On February 20, 2023, Amr Elrahimy, the Debtor, initiated proceedings in this Court seeking relief under Chapter 7 of the Bankruptcy Code, in Case No. 23-1-1097-LSS.

4. Steven H. Greenfeld was appointed, has duly qualified, and is serving as Trustee of Debtor's estate.

5. The Debtor and the Trustee presently have in their possession or control one 2020 Ram 2500, serial number 3C6UR5RJ1LG139609.

6. On or about February 18, 2020, the Debtor purchased said vehicle from Criswell Performance Cars Inc, by virtue of a contract and security agreement, a copy of which is attached hereto and incorporated herein by reference. Said contract and security agreement was contemporaneously assigned to Movant, as shown on the face thereof.

7. Movant reserved unto itself the perfected purchase money security interest in said vehicle, as shown by the attached copy of the Notice of Security Interest Filing, which is incorporated herein by reference, issued by the State of Maryland, Department of Transportation.

8. At the time of the filing of this Motion, there remains due and owing to Movant a balance of $68,728.98.

9. The Debtor is now in default on the payments due under the aforesaid Contract, being $24,881.00 in arrears and another monthly contractual payment in the amount of $1,585.00 will be due on May 23, 2024. Movant`s last received a payment under the Contract on or about October 23, 2022. Movant`s account of the Debtor`s payments to it which indicates the same is attached hereto.

10. The Debtor and the Trustee hold no equity in said vehicle because Movant's lien exceeds the market value of the same, and/or an inadequate equity cushion exists. According to the May, 2024, edition of the N.A.D.A. Official Used Car Guide, the wholesale value of the vehicle is approximately $46,075.00.

11. Movant's interest in said vehicle is not adequately protected and it has been and continues to be irreparably injured by the automatic stay, which prevents Movant from enforcing its rights as a secured creditor pursuant to the aforesaid contract and security agreement and the laws of Maryland, while it is not receiving adequate payments and the market value of said vehicle is rapidly depreciating.

12. The automatic stay should be terminated for cause, including the Debtor's failure to make payments to Movant.

13. The vehicle is not necessary to the Debtor's effective reorganization.

WHEREFORE, Movant respectfully requests that this Honorable Court grant it the following relief:

a. Terminate the automatic stay, to allow Movant to recover and dispose of the aforesaid 2020 Ram 2500; and

b. Grant Movant such other and further relief as may be necessary and just, including its attorneys' fees, expenses and costs.

/s/ Michael J. Klima, Jr.
MICHAEL J. KLIMA, JR.  #25562
8028 Ritchie Hwy, Ste. 300
Pasadena, MD 21122
(410)768-2280
Attorney for Movant
24-38706-0