## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| AMR ELRAHIMY | * | CASE NO.: 23-1-1097-LSS |
| | | (Chapter 7) |
| Debtor | * | |
| * * * * * * * | | |
| SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL | * | |
| Movant | * | |
| v. | * | |
| AMR ELRAHIMY | * | |
| And | * | |
| STEVEN H. GREENFELD | * | |
| Respondents | * | |
| * * * * * * * * * * * * * | | |

## NOTICE OF MOTION FOR RELIEF FROM STAY
## AND HEARING THEREON

Santander Consumer USA Inc. dba Chrysler Capital has filed papers with the Court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to repossess and sell one 2020 Ram 2500, serial number 3C6UR5RJ1LG139609. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the Court to grant the motion for relief from stay, or if you want the Court to consider your views on the motion, then by 5/30/24, you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

    Michael J. Klima, Jr., Esquire
    8028 Ritchie Hwy, Ste. 300
    Pasadena, MD 21122
    Attorney for Santander Consumer USA Inc. dba Chrysler Capital

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

The hearing is scheduled for 6/10/24 at 2:00 P.M. in Courtroom 3-D, United States Bankruptcy Court, located 6500 Cherrywood Lane Greenbelt MD 20770.

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

DATE: <u>05/16/2024</u>          /s/ Michael J. Klima, Jr._____
                                          Michael J. Klima, Jr., Esquire
                                          8028 Ritchie Hwy, Ste. 300
                                          Pasadena, MD 21122   (410) 768-2280
                                          bankruptcy@kpdlawgroup.com
                                          Attorney for Santander Consumer USA Inc. dba Chrysler Capital
                                          24-38706-0