## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

In re:                                              *

AMR ELRAHIMY                                        *        CASE NO.: 23-1-1097-LSS
                                                             (Chapter 7)
    Debtor                                      *

*       *       *       *       *       *       *

SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL        *

    Movant                                      *

    v.                                          *

AMR ELRAHIMY                                        *

    and                                         *

STEVEN H. GREENFELD                                 *

    Respondents                                 *

*    *    *    *    *    *    *    *    *    *    *    *    *

### CERTIFICATION OF SERVICE

       I, Michael J. Klima, Jr., of 8028 Ritchie Hwy, Ste. 300, Pasadena, MD 21122, and

certify that I am, and at all times hereinafter mentioned was, 18 years of age or older; and

       That on the 16th day of May, 2024,  I served a copy of the foregoing Motion

Seeking Relief from Automatic Stay and to Reclaim Property, Notice of Motion for Relief from

Stay and Hearing Thereon, and proposed Order on the Debtor in this proceeding:

Amr Elrahimy
PO Box 745
Clarksburg, Maryland 20871

and on the Debtor's counsel, the Chapter 7 Trustee, the Chapter 7 Trustee's counsel, and the
U.S. Trustee:

Kevin K. Shipe, Esq.
3528 Worthington Blvd.
Ste 101
Frederick, MD 21704

Steven H. Greenfeld
325 Ellington Blvd Box 610
Gaithersburg, MD 20878

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070

Lisa Yonka Stevens
L. Jeanette Rice
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

by first class mail, postage prepaid, pursuant to F.R.Bankr.P. 7004.

I certify under penalty of perjury that the foregoing is true and correct.


Executed on: 05/16/2024                    /s/ Michael J. Klima, Jr._____
                                           MICHAEL J. KLIMA, JR.  #25562
                                           8028 Ritchie Hwy, Ste. 300
                                           Pasadena, MD 21122
                                           (410) 768-2280
                                           Attorney for Santander Consumer USA Inc. dba
                                           Chrysler Capital
                                           24-38706-0