

**MARYLAND NOTICE OF SECURITY INTEREST FILING**
**DO NOT ACCEPT THIS DOCUMENT SHOWING ANY ERASURES, ALTERATIONS OR VOIDS.**

# THIS IS NOT A TITLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | BODY STYLE | CLASS | ODOMETER | BRAND | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 3C6UR5RJ1LG139609 | 20 | RAM | TK | EPO | 17 | A | 52640571 |

| EXCEPT. | GR. VEH. WT. | GR. COMB. WT. | FEE (TAGS) | INSPECTION DATE | DATE ISSUED |
|---|---|---|---|---|---|
| SP | 10000 | 00N/A | $90.00 | N/A | 02/28/20 |

OWNER'S SOUNDEX / DRIVER'S LICENSE NO.    CO-OWNER'S SOUNDEX / DRIVER'S LICENSE NO.

**NAME(S) AND ADDRESS OF REGISTERED OWNER(S)**

OPTIMUM CONSTRUCTION INC
C/O AMR MOHAMED R ELRAHIMY
17620 REDLAND RD
DERWOOD   MD 20855

**ODOMETER CODES**
A  Actual Mileage
B  Exceeds Mechanical Limits
C. Not Actual Mileage

CAL LEV

THIS IS TO CERTIFY THAT A SECURITY INTEREST HAS BEEN DULY FILED WITH THE MOTOR VEHICLE ADMINISTRATION IN THE NAME OF THE SECURED PARTY BELOW ON THE VEHICLE DESCRIBED

**TERMINATION STATEMENT**
I, THE UNDERSIGNED, DO HEREBY RELEASE ALL RIGHTS AND INTERESTS IN THE VEHICLE DESCRIBED ABOVE

SIGNATURE OF SECURED PARTY        OFFICIAL CAPACITY        DATE OF RELEASE

NAME AND ADDRESS OF SECURED PARTIES

CHRYSLER CAPITAL
P O BOX 961272
FT WORTH   TX 76161

OFFICIALLY ISSUED ON THE DATE SET FORTH        ADMINISTRATOR OF MOTOR VEHICLES

THIS DOCUMENT CONTAINS AN EAGLE WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT