

P.O. Box 961275 Fort Worth, TX 76161-1275

**Account Number:**                                         **Primary Name:** OPTIMUM CONSTRUCTION INC

| Good Through | Total Payoff | Principal | Interest | Late Fees | Misc. Fees | |
|---|---|---|---|---|---|---|
| 5/28/2024 | $68,728.98 | $62,788.93 | $5,840.05 | $100.00 | $0.00 | |

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 2/8/2023 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $62,788.93 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 2/4/2023 | $-100.00 | $-100.00 | $0.00 | $0.00 | $0.00 | $62,788.93 |
| User allocated payment<br>Waiver of Fees | | | | | | |
| 2/4/2023 | $-100.00 | $0.00 | $0.00 | $-100.00 | $0.00 | $62,888.93 |
| Waive late charge fee<br>Waiver of Fees | | | | | | |
| 2/3/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62,888.93 |
| One month extension<br>Extension | | | | | | |
| 2/3/2023 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62,888.93 |
| One month extension<br>Extension | | | | | | |
| 1/11/2023 | $-100.00 | $0.00 | $0.00 | $-100.00 | $0.00 | $62,888.93 |
| Waive late charge fee<br>Waiver of Fees | | | | | | |
| 1/8/2023 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $62,888.93 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 12/9/2022 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $62,888.93 |
| Late charge assessment<br>System Generated Transaction | | | | | | |

P.O. Box 961275, Fort Worth, TX 76161-1275

©2024 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.

PaymentHistory 01/2024



P.O. Box 961275 Fort Worth, TX 76161-1275

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 11/23/2022 | $1,600.00 | $780.12 | $819.88 | $0.00 | $0.00 | $62,888.93 |
| Reversal of system allocated payment<br>Return - NSF on ACH | | | | | | |
| 11/23/2022 | $-1,600.00 | $-780.12 | $-819.88 | $0.00 | $0.00 | $62,108.81 |
| System allocated payment<br>Internet - Recurring ACH | | | | | | |
| 10/23/2022 | $-1,600.00 | $-796.52 | $-803.48 | $0.00 | $0.00 | $62,888.93 |
| System allocated payment<br>Internet - Recurring ACH | | | | | | |
| 9/23/2022 | $-1,600.00 | $-759.82 | $-840.18 | $0.00 | $0.00 | $63,685.45 |
| System allocated payment<br>Internet - Recurring ACH | | | | | | |
| 8/23/2022 | $-1,600.00 | $-723.00 | $-877.00 | $0.00 | $0.00 | $64,445.27 |
| System allocated payment<br>Internet - Recurring ACH | | | | | | |
| 7/22/2022 | $-1,300.00 | $-1,200.00 | $0.00 | $0.00 | $-100.00 | $65,168.27 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 7/22/2022 | $-2,000.00 | $-208.09 | $-1,791.91 | $0.00 | $0.00 | $66,368.27 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 7/9/2022 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $66,576.36 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 5/19/2022 | $-2,455.00 | $-2,095.09 | $-159.91 | $0.00 | $-200.00 | $66,576.36 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 5/19/2022 | $-2,500.00 | $0.00 | $-2,500.00 | $0.00 | $0.00 | $68,671.45 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |

©2024 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.

PaymentHistory 01/2024



P.O. Box 961275 Fort Worth, TX 76161-1275

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 5/9/2022 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $68,671.45 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 4/28/2022 | $-100.00 | $-100.00 | $0.00 | $0.00 | $0.00 | $68,671.45 |
| User allocated payment<br>NON-CASH Compliance | | | | | | |
| 4/8/2022 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $68,771.45 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 2/16/2022 | $-1,700.00 | $-150.75 | $-1,449.25 | $0.00 | $-100.00 | $68,771.45 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 12/28/2021 | $-300.00 | $-300.00 | $0.00 | $0.00 | $0.00 | $68,922.20 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 12/28/2021 | $-2,999.00 | $-1,951.38 | $-1,047.62 | $0.00 | $0.00 | $69,222.20 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 11/23/2021 | $-1,270.00 | $-1,141.17 | $-128.83 | $0.00 | $0.00 | $71,173.58 |
| System allocated payment<br>IVR - ACH (no fee) | | | | | | |
| 11/23/2021 | $-2,000.00 | $0.00 | $-2,000.00 | $0.00 | $0.00 | $72,314.75 |
| System allocated payment<br>IVR - ACH (no fee) | | | | | | |
| 11/8/2021 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $72,314.75 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 9/14/2021 | $-1,785.00 | $-513.04 | $-1,071.96 | $0.00 | $-200.00 | $72,314.75 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |

P.O. Box 961275, Fort Worth, TX 76161-1275

©2024 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.

PaymentHistory 01/2024



P.O. Box 961275 Fort Worth, TX 76161-1275

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 8/10/2021 | $-271.00 | $-271.00 | $0.00 | $0.00 | $0.00 | $72,827.79 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 8/10/2021 | $-2,999.00 | $-718.43 | $-2,280.57 | $0.00 | $0.00 | $73,098.79 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 8/8/2021 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $73,817.22 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 7/1/2021 | $-271.00 | $0.00 | $-271.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 7/1/2021 | $-2,999.00 | $0.00 | $-2,999.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>WebPay - ACH (no fee) | | | | | | |
| 6/8/2021 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $73,817.22 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 4/30/2021 | $-1,585.00 | $0.00 | $-1,585.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 3/22/2021 | $-1,600.00 | $0.00 | $-1,600.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 3/11/2021 | $-1,600.00 | $0.00 | $-1,600.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>WebPay - Pinless Debit (no fee) | | | | | | |
| 1/6/2021 | $-1,670.00 | $0.00 | $-1,570.00 | $0.00 | $-100.00 | $73,817.22 |
| System allocated payment<br>IVR - Pinless Debit (no fee) | | | | | | |

P.O. Box 961275, Fort Worth, TX 76161-

©2024 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.

PaymentHistory 01/2024



P.O. Box 961275 Fort Worth, TX 76161-1275

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 12/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,817.22 |
| One month extension<br>Extension | | | | | | |
| 12/16/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,817.22 |
| One month extension<br>Extension | | | | | | |
| 12/9/2020 | $100.00 | $0.00 | $0.00 | $100.00 | $0.00 | $73,817.22 |
| Late charge assessment<br>System Generated Transaction | | | | | | |
| 10/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,817.22 |
| One month extension<br>Extension | | | | | | |
| 10/1/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,817.22 |
| One month extension<br>Extension | | | | | | |
| 9/3/2020 | $-1,600.00 | $0.00 | $-1,600.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>Automated Online Bank Payments | | | | | | |
| 7/20/2020 | $-1,600.00 | $0.00 | $-1,600.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>Automated Online Bank Payments | | | | | | |
| 6/16/2020 | $-1,600.00 | $0.00 | $-1,600.00 | $0.00 | $0.00 | $73,817.22 |
| System allocated payment<br>Automated Online Bank Payments | | | | | | |
| 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,817.22 |
| One month extension<br>Extension | | | | | | |
| 4/17/2020 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $73,817.22 |
| One month extension<br>Extension | | | | | | |

P.O. Box 961275, Fort Worth, TX 76161-1275

©2024 Chrysler Capital. Chrysler Capital is a registered trademark of FCA US LLC and licensed to Santander Consumer USA Inc. Lease agreements are owned by CCAP Auto Lease Ltd. and serviced by Chrysler Capital. All other trademarks are the property of their respective owners.

PaymentHistory 01/2024