## N.A.D.A. Official Used Car Guide
### Automated Vehicle Valuation
Tuesday, May 14, 2024

| | | | |
|---|---|---|---|
| **Guide Edition:** | May 2024 | **Region:** | Eastern |
| **Vehicle:** | 2020  RAM | | |
| | Ram 2500 | **VIN:** | 3C6UR5RJ1LG139609 |
| | Crew Cab Limited 4WD 6.4L V8 | **Weight:** | 0 |
| **Mileage:** | 51,584 | **MSRP:** | $64,650.00 |

| **Base Retail:** | $50,175.00 | **Base Trade:** | $46,075.00 | **Base Loan:** | $40,875.00 |
|---|---|---|---|---|---|

**Accessory Adjustments:**

| | (Retail) | (Trade) | (Loan) |
|---|---|---|---|
| 6.4L V8 Engine | (w/body) | (w/body) | (w/body) |
| Alpine Stereo System | (w/body) | (w/body) | (w/body) |
| Aluminum/Alloy Wheels | (w/body) | (w/body) | (w/body) |
| Automatic Climate Control | (w/body) | (w/body) | (w/body) |
| Blind Spot Monitor | (w/body) | (w/body) | (w/body) |
| Cooled Front Seats | (w/body) | (w/body) | (w/body) |
| Driver's Seat Memory | (w/body) | (w/body) | (w/body) |
| Fog Lights | (w/body) | (w/body) | (w/body) |
| Heated Exterior Mirrors | (w/body) | (w/body) | (w/body) |
| Heated Front Seats | (w/body) | (w/body) | (w/body) |
| Heated Rear Seats | (w/body) | (w/body) | (w/body) |
| Leather Seats | (w/body) | (w/body) | (w/body) |
| Navigation System | (w/body) | (w/body) | (w/body) |
| Passive Keyless Entry | (w/body) | (w/body) | (w/body) |
| Power Adjustable Mirrors | (w/body) | (w/body) | (w/body) |
| Power Door Locks | (w/body) | (w/body) | (w/body) |
| Power Passenger Seat | (w/body) | (w/body) | (w/body) |
| Power Running Boards | (w/body) | (w/body) | (w/body) |
| Power Windows | (w/body) | (w/body) | (w/body) |
| Rear Parking Sensors | (w/body) | (w/body) | (w/body) |
| Remote Engine Starter | (w/body) | (w/body) | (w/body) |
| Steering Wheel Mounted AudioControls | (w/body) | (w/body) | (w/body) |

| **Mileage Adj.:** | $675.00 | **(Trade) Accessory Adj.:** | $0.00 |
|---|---|---|---|

### Total N.A.D.A. Official Used Car Values

| **Retail:** | $50,850.00 | **Trade:** | $46,750.00 | **Loan:** | $41,550.00 |
|---|---|---|---|---|---|

All NADA Values Reprinted With Permission Of
N.A.D.A. Official Used Car Guide Company  Copyright NADASC 1996