IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At GREENBELT

| | | |
|---|---|---|
| IN RE: | * | |
| Amr Elrahimy<br>Aka: Omar Elrahimy | * | |
| | * | |
| *Debtor* | | Case Number: 23-11097-LSS |
| | * | Chapter 7 |

*******************************************

| | | |
|---|---|---|
| Santander Consumer USA, Inc. DBA Chrysler Capital<br>    *Movant* | * | |
| v. | | |
| | * | |
| Amr Elrahimy<br>    *Debtor/Respondent* | * | |
| And | * | |
| Steven H. Greenfeld<br>    *Trustee/Respondent* | * | |
| | * | |

******************************************************************************

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, the Debtor/Respondent Amr Elrahimy by Kevin K. Shipe, Esquire, Debtor's Attorney, and in response to the motion of Movant for relief from the Automatic Stay on the vehicle identified as 2020 Dodge Ram 2500, VIN # 3C6UR5RJ1LG139609 ("Ram"), states:

    1.    Debtor opposes the Motion and desires to make payments to the Movant to bring the account current.

    THEREFORE, the Debtor/Respondent prays that Movant's Motion be DENIED and for such other and further relief as the Court deems proper in this case.

Respectfully submitted,

Dated: May 30, 2024                    /s/ Kevin K. Shipe
                                       Kevin K. Shipe
                                       The Law Office of Shipe & Bush, P.C.
                                       3528 Worthington Blvd, #101
                                       Urbana, MD 21704
                                       (301) 874-9030
                                       Email: kshipe@shipebushlaw.com
                                       *Attorney for Debtor/Respondent*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 30, 2024, a copy of the foregoing Opposition to Motion for Relief from Automatic Stay was served electronically via CM/ECF to the following:

Michael J. Klima, Esq. at JKlima@KPDLawgroup.com
*Attorney for Movant*
and
Steven H. Greenfeld at trusteegreen@cohenbaldinger.com; sgreenfeld@ecf.axosfs.com
*Chapter 7 Trustee*

                                       /s/Kevin K. Shipe
                                       Kevin K. Shipe