UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re: | * |
| | * |
| AMR ELRAHIMY, | *   Case No. 23-11097-LSS |
| | *   Chapter 7 |
| Debtor. | * |
| | * |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**HEREBY GIVEN** pursuant to 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") that **MARGARET M. MARKS** and the law firm of **ODIN FELDMAN PITTLEMAN PC** hereby appear as counsel for **RICHARD RIST,** a party-in-interest in this bankruptcy case.

**NOTICE IS FURTHER GIVEN** that pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. §342 and 1109(b), the undersigned requests that all notices given or required to be given in the above-captioned cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

Margaret M. Marks, Esq.
ODIN FELDMAN PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:   703-218-2156
Fax:       703-218-2160
Email:   Margaret.Marks@ofplaw.com

---

Margaret M. Marks (#02530)
ODIN FELDMAN  PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Direct:   703-218-2156
Fax:       703-218-2160
Email:   margaret.marks@ofplaw.com

*Counsel for Richard Rist*

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, or otherwise, that affect the Debtor's or Debtor-in-Possession or the property of such Debtor's bankruptcy estate.

By: /s/ *Margaret M. Marks*
Margaret M. Marks, Esq. (#02530)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone: 703-218-2156
Fax: 703-218-2160
Email: Margaret.Marks@ofplaw.com

*Counsel for Richard Rist*

CERTIFICATE OF SERVICE

The undersigned certifies that this Request for Notice was served on May 31, 2024 electronically upon Debtor's counsel and all registered users in this case pursuant to this Court's CM/ECF procedures.

/s/ *Margaret M. Marks*
Margaret M. Marks, Esq.

#5993969v1 090484/000001