_____                            _____RETAIN

**Lori S. Simpson, U. S. BANKRUPTCY JUDGE**                Evidentiary Hrg: Y N
                                                           Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 7

Date: 06/10/2024 Time: 02:00

**CASE: 23-11097 Amr Elrahimy**

✓Kevin K. Shipe representing ✓Amr Elrahimy (Debtor)

representing Justin Philip Fasano Steven H Greenfeld (Trustee)

L. Jeanette Rice and Lisa Yonka Stevens representing US Trustee – Greenbelt 11 (U.S. Trustee)

[149] Motion for Relief from Stay and Notice of Motion Re: 2020 Ram 2500. Fee Amount $199. Notice Served on 5/16/2024, Filed by Santander Consumer USA Inc. dba Chrysler Capital. Objections due by 05/30/2024. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 06/10/2024 at 02:00 PM – Courtroom 3-D. (Attachments: #s6 nada)

**MOVANT**: Santander Consumer USA Inc. dba Chrysler Capital BY ✓M Klima

[150] Response on behalf of Amr Elrahimy Filed by Kevin K. Shipe (related document(s) 149 Relief from Stay and Notice of Motion filed by Creditor Santander Consumer USA Inc. dba Chrysler Capital).

DISPOSITIONS:

   Granted 149_Denied_____Withdrawn_____Consent_____Default_____Under Adv._____

   Moot_____Dismissed_____Overruled_____Sustained_____O.T.J. Fee_____

   Continued to: _____

DECISION:

   [ ] Signed by Court           [ ] Filed by Counsel
   [ ] To be prepared by:
        [ ] Movant's counsel        [ ] Court
        [ ] Respondent's counsel    [ ] Other _____

NOTES: Motion for relief granted.  Debtor did not dispute the allegations in the motion or at the hearing.  No adequate protection, no equity and not necessary for effective reorg.

23−11097: 1 of 1

Case 23-11097    Doc 152    Filed 06/10/24    Page 2 of 2