

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:                                        *

AMR ELRAHIMY                                  *      CASE NO.: 23-1-1097-LSS
                                                     (Chapter 7)
    Debtor                                  *

\*   \*   \*   \*   \*   \*   \*

SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL    *

    Movant                                  *

    v.                                      *

AMR ELRAHIMY                                  *

    And                                     *

STEVEN H. GREENFELD                           *

    Respondents                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER TERMINATING AUTOMATIC STAY

    Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by the Movant, Santander Consumer USA Inc. dba Chrysler Capital, the opposition filed thereto by the Debtor, Amr Elrahimy, no opposition having been filed thereto by the Chapter 7 Trustee, Steven H. Greenfeld, and for the reasons stated by the Court at the June

10, 2024 hearing on said Motion; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay be, and it hereby is, terminated to allow Movant exercise and enforce its state law and contractual rights and remedies with regard to the vehicle subject to its purchase money security interest, namely, one 2020 Ram 2500, serial number 3C6UR5RJ1LG139609; and it is further

ORDERED, that upon recovery of said vehicle by Movant, it shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Chapter 7 Trustee, Steven H. Greenfeld.

cc:   Michael J. Klima, Jr., Esquire
      8028 Ritchie Hwy, Ste. 300
      Pasadena, MD 21122

      Amr Elrahimy
      PO Box 745
      Clarksburg, Maryland 20871

      Kevin K. Shipe, Esq.
      3528 Worthington Blvd.
      Ste 101
      Frederick, MD 21704

      Steven H. Greenfeld
      325 Ellington Blvd Box 610
      Gaithersburg, MD 20878

24-38706-0

**End of Order**