IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re:<br><br>**AMR ELRAHIMY,**<br><br>Debtor. | **Case No. 23-11097-LSS**<br>**Chapter 7** |
| **GERARD R. VETTER**<br>**ACTING UNITED STATES TRUSTEE**<br>**for REGION 4**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMR ELRAHIMY**<br><br>**Defendant.** | **Adversary No.: 24-00023-LSS** |

## AMR ELRAHIMY WAIVER OF DISCHARGE

Amr Elrahimy, a debtor herein, intending to waive any discharge that I may be entitled to in the above-captioned case and under penalty of perjury pursuant to 28 U.S.C. §1746, states as follows:

1. I, Amr Elrahimy, a debtor herein, am over the age of eighteen and competent to testify.

2. I, Amr Elrahimy, waive any discharge under 11 U.S.C. § 727 to which I may be otherwise entitled in this bankruptcy case without the admission of any wrongdoing.

3. By signing this Waiver, I make the following representations: (a) I have executed this Waiver voluntarily; (b) this Waiver represents a conscious and informed judgment to waive my discharge in bankruptcy case number 23-11097-LSS; and (c) I am aware of all of the consequences resulting from entering into this Waiver.

4. I have been advised that, by signing this Waiver of Discharge, I will remain personally liable for my debts, including the ones that I identified in this bankruptcy case, and

that I will not be able to discharge those debts by filing a subsequent Chapter 7 case. This Waiver of Discharge applies to only pre-petition debts. This waiver is not to be construed as an admission of personal liability of any debt marked as disputed on Schedules D, E, and F of my bankruptcy petition, as amended.

5. I am executing this Waiver in accordance with 11 U.S.C. §727(a)(10).

Date: 7/29/2024

_____
Amr Elrahimy

STATE OF MARYLAND
COUNTY OF __Montgomery__

On __29th__ day of __July__, 2024, before me, __Sophie Rochelle__, a Notary Public, personally appeared __Amr Elrahimy__, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this Waiver of Discharge and acknowledged to me that he executed the same in his individual capacity and that by his signature on the Waiver of Discharge he has executed the instrument.

I certify under penalty of perjury under the laws of the State of Maryland that foregoing paragraph is true and correct.

SOPHIE SUWEN ROCHELLE
Notary Public - State of Maryland
Montgomery County
My Commission Expires Feb 16, 2026

My commission expires: Feb 16, 2026

**I HEREBY CERTIFY** that the terms of this Waiver of Discharge submitted to the Court are identical to those set forth in the original Waiver of Discharge; and that signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original Waiver of Discharge.

/s/ Lisa Yonka Stevens
Lisa Yonka Stevens
Counsel for the U.S. Trustee

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on August 2, 2024, a true and correct copy of the foregoing Amr Elrahimy Waiver of Discharge and proposed consent order was served by ECF notification to:

- Michael G. Campbell    mgcampbell@mmcanby.com
- Justin Philip Fasano    jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Steven H Greenfeld    steveng@cohenbaldinger.com, sgreenfeld@ecf.axosfs.com
- Michael J. Klima    bankruptcy@peroutkalaw.com
- Thomas Jonathan Kokolis    tkokolis@pskfirm.com
- Alexander McDonald Laughlin    alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com;brad.jones@ofplaw.com;brad.jones2020@ecf.pacerpro.com
- Margaret Marks    meg.marks@ofplaw.com
- Jason S. Ordene    jordene@bregmanlaw.com, mgomes@wtplaw.com
- Jeffrey M. Orenstein    jorenstein@wolawgroup.com
- Michael A. Ostroff    mostroff@monterolawgroup.com, mmontero@monterolawgroup.com;jwikram@monterolawgroup.com;jrodriguez@monterolawgroup.com;mostroffmlg@yahoo.com;ostroffmr93284@notify.bestcase.com;dmedina@monterolawgroup.com;KLopez@monterolawgroup.com
- L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Parker Schnell    pschnell@oag.state.md.us
- Kevin K. Shipe    bk@shipebushlaw.com, shannon@shipebushlaw.com;ShipeBush@jubileebk.net
- Lisa Yonka Stevens    lisa.y.stevens@usdoj.gov
- US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
- Philip D. Ziperman    pziperman@oag.state.md.us

And by first-class mail, postage prepaid, to:

Amy Elrahimy
P.O. Box 745
Clarksburg, MD 20871

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

3

Limitless Garage, Inc.
Attn: Levon Moosakhanian
10008 Blue Banner Drive
Germantown, MD 20876

Eileen D. Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872

*Lisa Yonka Stevens*
Lisa Yonka Stevens

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In re:<br><br>**AMR ELRAHIMY,**<br><br>Debtor. | **Case No. 23-11097-LSS**<br>**Chapter 7** |
| **GERARD R. VETTER**<br>**ACTING UNITED STATES TRUSTEE**<br>**for REGION 4**<br><br>Plaintiff,<br><br>v.<br><br>**AMR ELRAHIMY**<br><br>Defendant. | **Adversary No.: 24-00023-LSS** |

## CONSENT ORDER APPROVING AMR ELRAHIMY WAIVER OF DISCHARGE

UPON CONSIDERATION of Amr Elrahimy's Waiver of Discharge, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Amr Elrahimy's Waiver of Discharge be and hereby is APPROVED; and it is further

ORDERED, that Amr Elrahimy shall not receive a discharge of debts pursuant to 11 U.S.C.

§§ 727(a)(10); and it is further

ORDERED, that all creditors be notified of the termination of the automatic stay as to acts against Amr Elrahimy, individually, and nothing herein effects the automatic stay as to acts against property of the estate.

| | |
|---|---|
| /s/ Lisa Yonka Stevens<br>Lisa Yonka Stevens, Bar No. 27728<br>Trial Attorney<br>6305 Ivy Lane, Suite 600<br>Greenbelt, Maryland 20770<br>(301) 344-6216<br>Email: Lisa.Y.Stevens@usdoj.gov<br><br>*Counsel for Gerard R. Vetter*<br>*Acting United States Trustee for Region 4* | *Amr Elrahimy* (signature)<br>Amr Elrahimy,<br>*Pro se in Adversary Case 24-00023*<br><br><br><br><br>/s/ Kevin K. Shipe<br>Kevin K. Shipe, Bar No. 17437<br>3528 Worthington Blvd. #101<br>Frederick, MD 21704<br>(301) 874-9030<br>kshipe@shipebushlaw.com<br>*Counsel to Amr Elrahimy in Bankruptcy Case*<br>*23-11097-LSS only* |

**I HEREBY CERTIFY** that the terms of this Consent Order Approving Amr Elrahimy's Waiver of Discharge submitted to the Court are identical to those set forth in the original Consent Order Approving Amr Elrahimy's Waiver of Discharge; and that signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Consent Order Approving Amr Elrahimy's Waiver of Discharge.

                                                          /s/ Lisa Yonka Stevens
                                                          Lisa Yonka Stevens

cc:
Michael G. Campbell     mgcampbell@mmcanby.com
Justin Philip Fasano     jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
Steven H Greenfeld     steveng@cohenbaldinger.com, sgreenfeld@ecf.axosfs.com
Michael J. Klima     bankruptcy@peroutkalaw.com
Thomas Jonathan Kokolis     tkokolis@pskfirm.com
Alexander McDonald Laughlin     alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com;brad.jones@ofplaw.com;brad.jones2020@ecf.pacerpro.com
Margaret Marks     meg.marks@ofplaw.com
Jason S. Ordene     jordene@bregmanlaw.com, mgomes@wtplaw.com
Jeffrey M. Orenstein     jorenstein@wolawgroup.com

Michael A. Ostroff    mostroff@monterolawgroup.com,
mmontero@monterolawgroup.com;jwikram@monterolawgroup.com;jrodriguez@monterolawgroup.com;mostroffmlg@yahoo.com;ostroffmr93284@notify.bestcase.com;dmedina@monterolawgroup.com;KLopez@monterolawgroup.com
L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
Parker Schnell    pschnell@oag.state.md.us
Kevin K. Shipe    bk@shipebushlaw.com, shannon@shipebushlaw.com;ShipeBush@jubileebk.net
Lisa Yonka Stevens    lisa.y.stevens@usdoj.gov
US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
Philip D. Ziperman    pziperman@oag.state.md.us

Amy Elrahimy
P.O. Box 745
Clarksburg, MD 20871

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Limitless Garage, Inc.
Attn: Levon Moosakhanian
10008 Blue Banner Drive
Germantown, MD 20876

Eileen D. Webster-Cissel
24704 Tandem Drive
Damascus, MD 20872

**END OF ORDER**