<u>Case No: 23-11097  - LSS</u>

Creditor:
Bobbie Smith (Creditor)

Debtor:
Amr Elrahimy

Re: Change of Address

To whom it may concern,

I am a creditor in the above referenced case number. I have recently moved and would like to update my mailing address on record/file with the U.S. Bankruptcy Court effective immediately.

My new/updated address is……

Bobbie Smith
11131 Front Porch Avenue
Apt. 11008
Charlotte, NC 28227

Thank You,

_Bobbi Smith_               9/18/24
Bobbie Smith                Date