UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                )
                      )
AMR ELRAHIMY,         )   Case No. 23-11097-LSS
                      )   Chapter 7
        Debtor.       )

### TRUSTEE'S REPORT OF SALE

COMES NOW the Trustee, Steven H. Greenfeld, and hereby states that he has sold the following property of the estate under the following terms:

Property: All of the estate's rights, title and interest in a 2022 Yamaha YZF-R7, vin #JYARM38E9NA002873 (hereinafter the "Property").

Gross Sales Price: The gross sales price was $8,600.00

Purchaser: Hiren Dharmendra Patel, an individual unrelated to the Debtor or the bankruptcy estate.

Administrative Costs of Sale: There estate incurred administrative expenses. The estate paid a sales commission of $860.00 (10%) to Limitless Garage, Inc., and reimbursed it for detailing and advertising fees in the sum of $500.00.

Liens/Encumbrances: The Property was held free and clear of any liens or encumbrances.

Debtor's Exemption: The Debtor has not claimed any of the Property as exempt.

The Trustee is holding the sum of $7,240.00 in net proceeds from the sale. The Trustee shall hold these funds pending approval of his final report and proposed distribution or other Order of the Court.

Respectfully submitted,

Dated: December 5, 2024          By: /s/ Steven H. Greenfeld
                                    Steven H. Greenfeld
                                    325 Ellington Blvd., #610
                                    Rockville, MD 20852
                                    (301) 881-8300
                                    Steveng@cohenbaldinger.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of December 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Report of Sale, will be served electronically via the Court's CM/ECF system on the following:

    Kevin Shipe, Esq.
        *Counsel for the Debtor*

I HEREBY FURTHER CERTIFY that on the 5th of December 2024, a copy of the foregoing Report of Sale was also mailed, first class mail, postage prepaid to: (NONE)

        */s/ Steven H. Greenfeld*
        Steven H. Greenfeld