UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| AMR ELRAHIMY, | ) | Case No. 23-11097-LSS |
| | ) | Chapter 7 |
| Debtor. | ) | |

## TRUSTEE'S REPORT OF SALE

COMES NOW the Trustee, Steven H. Greenfeld, and hereby states that he has sold the following property of the estate under the following terms:

Property: All of the estate's rights, title and interest in a 2022 Yamaha YZF-R1, vin #JYARN66E7NA002274 (hereinafter the "Property").

Gross Sales Price: The gross sales price was $16,990.00.

Purchaser: Adrian Ciaramellano, an individual unrelated to the Debtor or the bankruptcy estate.

Administrative Costs of Sale: There estate incurred administrative expenses. The estate paid a sales commission of $1,699 (10%) to Limitless Garage, Inc., and reimbursed it for detailing and advertising fees in the sum of $500.00.

Liens/Encumbrances: The Property was held free and clear of any liens or encumbrances.

Debtor's Exemption: The Debtor has not claimed any of the Property as exempt.

The Trustee is holding the sum of $ $14,791 in net proceeds from the sale. The Trustee shall hold these funds pending approval of his final report and proposed distribution or other Order of the Court.

Respectfully submitted,

Dated: December 5, 2024      By: */s/ Steven H. Greenfeld*
        Steven H. Greenfeld
        325 Ellington Blvd., #610
        Rockville, MD 20852
        (301) 881-8300
        Steveng@cohenbaldinger.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of December 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Report of Sale, will be served electronically via the Court's CM/ECF system on the following:

    Kevin Shipe, Esq.
       *Counsel for the Debtor*

I HEREBY FURTHER CERTIFY that on the 5th of December 2024, a copy of the foregoing Report of Sale was also mailed, first class mail, postage prepaid to: (NONE)

        */s/ Steven H. Greenfeld*
        Steven H. Greenfeld