UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| AMR ELRAHIMY, ) | Case No. 23-11097-LSS |
| ) | Chapter 7 |
| Debtor. ) | |

**TRUSTEE'S REPORT OF SALE**

COMES NOW the Trustee, Steven H. Greenfeld, and hereby states that he has sold the following property of the estate under the following terms:

Property: All of the estate's rights, title and interest in a 2019 Mercedes Benz AMG GTR vin #WDDYJ7KA4KA024335(hereinafter the "Property").

Gross Sales Price: The gross sales price was $125,000.00

Purchaser: Michael Ellias Haddad, an individual unrelated to the Debtor or the bankruptcy estate.

Administrative Costs of Sale: There estate incurred administrative expenses. The estate paid a sales commission of $12,500.00 (10%) to Limitless Garage, Inc., and reimbursed it for detailing and advertising fees in the sum of $500.00.

Liens/Encumbrances: The Property was held subject to a lien held by Mercedes Benz Financial Services for a sum far in excess of the selling price, however Mercedes Benz Financial Services agreed to accept the sum of $107,500 in complete satisfaction of its lien.

Debtor's Exemption: The Debtor did not claim any of the Property as exempt.

The Trustee is holding the sum of $4,500.00 in net proceeds from the sale. The Trustee shall hold these funds pending approval of his final report and proposed distribution or other Order of the Court.

Respectfully submitted,

Dated: October 29, 2025

By: */s/ Steven H. Greenfeld*
Steven H. Greenfeld
325 Ellington Blvd., #610
Rockville, MD 20852
(301) 881-8300
Steveng@cohenbaldinger.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 29th day of October 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Report of Sale, will be served electronically via the Court's CM/ECF system on the following:

     Kevin Shipe, Esq.
         *Counsel for the Debtor*

     I HEREBY FURTHER CERTIFY that on the 29th of October 2025, a copy of the foregoing Report of Sale was also mailed, first class mail, postage prepaid to: (NONE)

                                 */s/ Steven H. Greenfeld*
                                 Steven H. Greenfeld